United States District Court
Eastern District of Michigan
- Southern Division

United States of America,

    Plaintiff,

v.

Dorian Trevor Sykes,

    Defendant.

    )
    )
    )
    ) Case No. 25-cr-20202
    ) Hon. Robert J. White
    )
    )
/

## Victim Impact Apology

NOW COMES, Defendant Dorian Trevor Sykes, pro se, hereby makes this pleading as stated:

Defendant sincerely offers an apology to the victims affected by his crimes, particularly the men and women working inside the financial institutions he targeted, when these law abiding citizens were merely showing up for a days work. These people, and the communities that they serve did nothing to warrant, nor excuse defendant's actions. Defendant recogrizes the harm he's caused far exceeds monetary loss, and that

the victims affected may very well still be living with the trau -matic experiences. Through much self-reflection defendant accepts the weight of his actions, and apologizes wholeheartedly.

Defendant apologizes to his family, because they too have been a victim of his life-long poor choices and addiction to gambling. Defendant yearns to rebuild the familial relationships he's destroyed Defendant wishes to be a better son, brother, uncle, and loved-one to all that have been of constant support of him.

Defendant offers an apology to anyone whose ever taken a chance on him. He asks that his addiction be held at fault, and not his heart or true character. Defendant promises himself, the court, his family, and all those affected here, that his prison term will be spent solely in the betterment of defendant returning to society as a productive citizen, free of addiction. Defendant prayerfully asks for forgiveness.

Date: March 25th, 2026

Sincerely,

Dorian T. Sykes
Dorian Trevor Sykes
Defendant.
Pro se.

— 2 —